

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Elvira PARAMO-Bustos<br><br>　　　　　Defendant. | Magistrate Case No.: '08 MJ 8599<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 2, 2008, within the Southern District of California, defendant Elvira PARAMO-Bustos did knowingly and intentionally import approximately 52.86 Kilograms (116.29 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　Douglas A. Struckmeyer
　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　U.S. Immigration & Customs
　　　　　　　　　　　　　　　　Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 3rd DAY OF JULY, 2008.

　　　　　　　　　　　　　　　　PETER C. LEWIS
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Elvira PARAMO-Bustos

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On July 2, 2008, Elvira PARAMO-Bustos entered the United States at the Calexico, California, East Port of Entry. PARAMO was the driver and sole occupant of a 1997 Pontiac Transport registered in her name. Customs and Border Protection Officer (CBPO) J. Mendez received a negative Customs declaration from PARAMO.

During the primary inspection CBPO Mendez noticed discrepancies in the floor in the rear of the vehicle. PARAMO also noticed the carpet appeared to have been previously removed, and was loose at the sides. Based on her observations, CBPO Mendez referred PARAMO and the vehicle to the secondary inspection area for further inspection.

CBPO Molina encountered PARAMO and the vehicle in the secondary inspection area. CBPO Molina received a negative Customs declaration from PARAMO. CBPO Molina conducted a short immigration inspection of PARAMO, during which he noticed that her hands were visibly shaking and she was avoiding eye contact. CBPO Molina asked PARAMO to exit the vehicle and open the hood and the rear door of the vehicle. PARAMO partially complied, but failed to open the rear door. CBPO Molina again instructed PARAMO to open the rear door of the vehicle. At that time, PARAMO opened the rear door, allowing CBPO Molina to fully inspect the vehicle.

Upon inspecting the rear of the vehicle, CBPO Molina lifted up the carpet and saw what appeared to be a compartment containing numerous packages. CBPO Molina escorted PARAMO to the Vehicle Secondary Office, and then returned to continue inspecting the vehicle. Upon further inspection, he found 42 packages hidden within a compartment in the floor, as well as 8 additional packages hidden within the rear quarter panels of the vehicle. The packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 52.86 Kilograms (116.29 pounds).

Special Agent's (SA) D. Struckmeyer advised PARAMO of her rights per Miranda. PARAMO stated she understood her rights and was willing to answer questions without the presence of an attorney.

PARAMO stated she was hired to smuggle the marijuana into the United States by her daughter's boyfriend, Abraham RODRIGUEZ. PARAMO said RODRIGUEZ promised to pay her for smuggling the marijuana, but he never told her how much she would be paid. PARAMO said that he never specifically told her what was going to be concealed within the vehicle, but she believed that it would be marijuana.