FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2536-WQH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ELVIRA PARAMO-BUSTOS, | |
| Defendant. | |

The United States Attorney charges:

On or about July 2, 2008, within the Southern District of California, defendant ELVIRA PARAMO-BUSTOS, did knowingly and intentionally import approximately 47.57 kilograms (104.67 pounds) of Marijuana (net weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 31, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
7/30/08