1
2
3
4
5
6
7

**FILED**

AUG 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | )  Criminal No. 08 CR 2536-WQH |
| 11             Plaintiff, | ) |
| | )  **CONSENT TO RULE 11 PLEA IN A** |
| 12  v. | )  **FELONY CASE BEFORE UNITED** |
| | )  **STATES MAGISTRATE JUDGE** |
| 13  ELVIRA PARAMO-BUSTOS | ) |
| | ) |
| 14             Defendant. | ) |
| 15 _____ | ) |

16      I have been advised by my attorney and by the United States

17 Magistrate Judge of my right to enter my plea in this case before

18 a United States District Judge.  I hereby declare my intention to

19 enter a plea of guilty in the above case, and I request and

20 consent to have my plea taken by a United States Magistrate Judge

21 pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22      I understand that if my plea of guilty is taken by the

23 United States Magistrate Judge, and the Magistrate Judge

24 recommends that the plea be accepted, the assigned United States

25 District Judge will then decide whether to accept or reject any

26 plea agreement I may have with the United States and will

27 adjudicate guilt and impose sentence.

28      I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

1 | Judge's findings and recommendation must be filed within 14 days
2 | of the entry of my guilty plea.

5 | Dated: 08/26/08                    /s/ Elaina Darima B
6 |                                    Defendant

9 | Dated: 8/27/08                     _____
10|                                    Attorney for Defendant

12|     The United States Attorney consents to have the plea in this
13| case taken by a United States Magistrate Judge pursuant to
14| Criminal Local Rule 11.2.

17| Dated: 8/28/08                     _____
18|                                    Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd